[Cite as *In re M.N.*, 2014-Ohio-2009.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

WARREN COUNTY

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | : |  |
|  |  | CASE NOS. CA2013-12-135 |
| M.N., JR. | : | CA2013-12-136 |
|  | : | D E C I S I O N |
|  |  | 5/12/2014 |
|  | : |  |
|  | : |  |

APPEAL FROM WARREN COUNTY COURT OF COMMON PLEAS
JUVENILE DIVISION
Case No. 12-D000738

David P. Fornshell, Warren County Prosecuting Attorney, Julie Kraft, 500 Justice Drive, Lebanon, Ohio 45036, for appellee

Flanagan, Lieberman, Hoffman & Swaim, Sarah Michel, 15 West Fourth Street, Suite 100, Dayton, Ohio 45402, for appellant, mother

Patrick E. McKnight, P.O. Box 621, Monroe, Ohio 45050, for appellant, father

Andrea Ostrowski, 25 East Central Avenue, Springboro, Ohio 45066, guardian ad litem

**Per Curiam.**

{¶ 1} This cause came on to be considered upon the notices of appeal, the transcript of the docket and journal entries, the transcript of proceedings and original papers from the Warren County Court of Common Pleas, Juvenile Division, and upon briefs filed by

appellants' counsel.

{¶ 2} Counsel for appellants, father and mother of the minor child herein, have separately filed briefs with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967). Although filed by different counsel appointed to individually represent the respective parents, the briefs are similar in that both: (1) indicate that a careful review of the record from the proceedings below fails to disclose any errors by the trial court prejudicial to the rights of appellants upon which an assignment of error may be predicated; (2) list two potential errors on behalf of each appellant "that might arguably support the appeal," *Anders* at 744, 87 S.Ct. at 1400; (3) request that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellants' constitutional rights; (4) request permission to withdraw as counsel for each appellant on the basis that the appeal is wholly frivolous; and (5) certify that a copy of both the brief and motion to withdraw have been served upon each appellant.

{¶ 3} Having allowed appellants sufficient time to respond, and no response having been received, we have accordingly examined the record and find no error prejudicial to appellants' rights in the proceedings in the trial court. The respective motions of counsel for appellants requesting to withdraw as counsel are granted, and these appeals are dismissed for the reason that they are wholly frivolous.

RINGLAND, P.J., HENDRICKSON and PIPER, JJ., concur.